UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
T-JAI MITCHELL MURPHY,

**ORDER**
10-CV-4591(JG)(ALC)

Plaintiff,

-against-

SUFFOLK COUNTY POLICE DEPARTMENT;
JOHN DOE, SPD40311;
JOHN DOE, SPD31013,

Defendants.
----------------------------------------------------------x
**CARTER, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The Clerk of Court shall send a copy of this Order and the complaint to the Suffolk County Department of Law and to plaintiff. No summonses shall issue at this time.

Plaintiff, T-Jai Mitchell Murphy, brings this *pro se* civil rights action alleging that he was arrested on September 24, 2007 in Islip, New York and on October 20, 2007 in Babylon, New York, without a warrant, and was charged without being brought before a judicial officer. Plaintiff alleges that these actions were taken by Suffolk County Police Officers, including "John Doe # SPD 31013" and "John Doe # SPD 40311."

Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir. 1997) (per curiam), the Court requests that the Suffolk County Attorney ascertain the full names and service addresses of the John Doe Officers who arrested plaintiff on September 24, 2007 and October 20, 2007. The Suffolk County Attorney need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which plaintiff may name and properly serve the defendants as instructed by the Second Circuit in Valentin.

The Suffolk County Attorney is hereby requested to produce the information specified

above regarding the identity and service addresses of the John Doe Police Officers within 30 days of the date of this Order. Once this information is provided, plaintiff's complaint shall be deemed amended to reflect the full names of the defendants, summonses shall be issued and the Court shall direct service on the defendants.

SO ORDERED.

/S/
───────────────────────
ANDREW L. CARTER, Jr.
United States Magistrate Judge

Dated: October 21, 2010
       Brooklyn, New York